# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

RUSSELL W. JEROME, # 104406,
JUSTIN HATT, # 101388,
BRIAN M. WEMIGWANS, # 104133,   Case No. 2:20-cv-11132

        Plaintiffs,   HONORABLE NANCY G. EDMUNDS

v.

ISABELLA COUNTY,

        Defendant.
_____/

## ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE

Plaintiffs are prisoners confined in the Isabella County Jail. They filed a *pro se* civil rights complaint, but failed to pay the filing fee or, alternatively, to apply in the manner required by law to proceed without prepayment of the filing fee. The Court issued an order requiring Plaintiffs to submit the filing fee or to file the necessary papers to proceed in forma pauperis, i.e. a certified trust account statement and an affidavit of indigence as required by 28 U.S.C. § 1915(a)(2). (ECF No. 3.) The Court cautioned that failure to correct the deficiency within 30 days would result in dismissal of the case without prejudice. Plaintiffs failed to correct the deficiency in the time provided.

Accordingly, the case is DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

s/ Nancy G. Edmunds
NANCY G. EDMUNDS
UNITED STATES DISTRICT JUDGE

Dated: July 9, 2020